# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| RYAN G. WILLIAMSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV419-050 |
| CHATHAM COUNTY DETENTION CENTER, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This Court granted plaintiff Ryan G. Williamson permission to proceed *in forma pauperis* in his 42 U.S.C. § 1983 action, and ordered him to complete and return copies of his Prisoner Trust Fund Account Statement and Consent to Collection of Fees from Trust Account forms. Doc. 3. He has returned an unsigned Prisoner Trust Fund Account Statement. Doc. 4. Giving Williamson the benefit of the doubt that his failure to return a properly signed Prisoner Trust Fund Account Statement was an oversight, the Court will give him more time to return that form. The Clerk is **DIRECTED** to serve plaintiff with an additional copy of the Prisoner Trust Fund Account Statement form, and plaintiff is

**ORDERED** to return that form within thirty days of service of this Order.[1]

**SO ORDERED**, this 18th day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk has already provided plaintiff with a notice of filing deficiency and the required forms. Doc. 6. The plaintiff may comply with both the notice of filing deficiency and this order by returning a single, signed, Prisoner Trust Account Statement.