IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RYAN G. WILLIAMSON,

    Plaintiff,

v.

CHATHAM COUNTY DETENTION
CENTER; CORRECT HEALTH; and
HEALTH CARE PROVIDER,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-50

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 23, 2019 Report and Recommendation, (doc. 11), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to comply with a court order and has evidenced his clear intent not to appropriately litigate his case. The case is accordingly **DISMISSED without prejudice**. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA